UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ERWIN LEYBA, | ) |
| WENDY ZULTANSKI-LEYBA, | ) |
| COREY NICHOLAS SMOLKA LEYBA, | ) |
| ELLIE ANN LEYBA, | ) |
| KELLY MARIE LEYBA, | ) |
| JIM KING-LEYBA FAMILY, | ) |
| EUGENE LEYBA, | ) |
| BRANDON MURPHY, | ) |
| MICHELLE KRAUS, | ) |
| Commission on Civil Rights, | ) |
| PUBLIC DEFENDERS OFFICE, | ) |
| JEFFREY KIMMELL, | ) |
| KELLY SCHWEIZENGER, | ) |
| RICHARD RESCH, JD, | ) |
| OATES AND OATES, | ) |
| STEVE MULLINS, | ) |
| ACLU, | ) |
| ADMINISTRATOR Center for Community | ) |
| Justice, | ) |
| U.S. ATTY GEN., | ) |
| THE HONORABLE NEIL GORSUCH, Judge | ) |
| U.S. Supreme Court Justice, | ) |
| PRESIDENT DONALD TRUMP, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 1:18-cv-00173-RLY-DML |
| | ) |
| ERIC HOLCOMB Governor of Indiana, | ) |
| IND. PAROLE BOARD/AGENTS, | ) |
| JEN COTTER, | ) |
| JUDGE JOHN MARNOCH, | ) |
| JUDGE JEROME FRESA, | ) |
| JUDGE JANE WOODWARD-MILLER, | ) |
| JANE/JOHN DOES, | ) |
| | ) |
| Defendants. | ) |

**Entry**

The plaintiff's motion to proceed *in forma pauperis*, dkt [3], is **granted.** The plaintiff is assessed an initial partial filing fee of Six Dollars and Zero Cents ($6.00). He shall have **through February 28, 2018,** in which to pay this sum to the clerk of the district court.

Because the complaint has been signed only by plaintiff Erwin Leyba, and as a non-attorney he can only represent himself in this action, **the clerk is directed to** terminate all other plaintiffs on the docket.

IT IS SO ORDERED.

Date:   1/24/2018

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Financial Deputy Clerk

ERWIN LEYBA
#935638
WESTVILLE CORRECTIONAL FACILITY
Electronic Service Participant – Court Only